IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORMAN PATTERSON,

        Petitioner,

  v.

SCRIBNER, Warden,

        Respondent.
                                   /

No. CV-07-1182 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. Respondent's motion to dismiss is hereby GRANTED, and the petition is DISMISSED without prejudice to petitioner's filing a new petition.

2. Petitioner's motion for a stay is hereby DENIED.

Dated: May 15, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk